**Electronically Filed
Supreme Court
SCWC-13-0000117
04-JUN-2014
08:30 AM**

SCWC-13-0000117

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MICHAEL DOYLE RUGGLES, REV. NANCY WAITE HARRIS,
KENNETH V. MIYAMOTO-SLAUGHTER, WENDY TATUM, DAVID TATUM, and
ROBERT S. MURRAY, Petitioners/Plaintiffs-Appellants,
and
GEORGE HERMAN KLARE, BARBARA JEAN LANG,
Plaintiffs-Appellees,

vs.

DOMINIC YAGONG, DONALD IKEDA, J. YOSHIMOTO, DENNIS ONISHI,
FRED BLAS, BRITTANY SMART, BRENDA FORD, ANGEL PILAGO, and
PETE HOFFMAN, current Hawaiʻi County Council members;
JAY KIMURA, Hawaiʻi County Prosecutor;
MITCHELL ROTH and CHARLENE IBOSHI, Deputy Prosecuting Attorneys;
BILLY KENOI, Hawaiʻi County Mayor, respondeat superior,
HARRY KUBOJIRI, Hawaiʻi County Chief of Police,
KELLY GREENWELL, GUY ENRIQUES, and EMILY NAEʻOLE,
previous Hawaiʻi County Council members,
Respondents/Defendants-Appellees,
and JOHN DOES 1-10, Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000117; CIV. NO. 11-1-117)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioners/Plaintiffs-Appellants Michael Doyle

Ruggles, Rev. Nancy Waite Harris, Kenneth V. Miyamoto-Slaughter,

Wendy Tatum, David Tatum, and Robert S. Murray's application for writ of certiorari filed on May 4, 2014, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 4, 2014.

| | |
|---|---|
| Michael Doyle Ruggles, Rev. Nancy Waite Harris, Kenneth V. Miyamoto-Slaughter, Wendy Tatum, David Tatum, and Robert S. Murray petitioners pro se | /s/ Mark E. Recktenwald<br>/s/ Paula A. Nakayama<br>/s/ Sabrina S. McKenna<br>/s/ Richard W. Pollack |
| Katherine A. Garson and Michael J. Udovic for respondents | /s/ Michael D. Wilson |



2